dPS 42
(Rev 07/93)

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED

DEC 18 2012

## United States District Court

Eastern District of Arkansas

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: S Williams
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Dan Ford, Jr. ) | Case No. 4:12CR00043-01 BRW |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Dan Ford, Jr., have discussed with Kay L. Aist, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant must undergo medical or psychiatric treatment: participate in mental health counseling if the pretrial services office or supervising officer considers it advisable.

I consent to this modification of my release conditions and agree to abide by this modification.

X /s/ Daniel Ford Jr.  12-4-12       /s/ Kay Aist  12-4-12
Signature of Defendant    Date        Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

/s/                        12-12-12
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on 12-4-12

[ ] The above modification of conditions of release is not ordered.

/s/                        12-18-12
Signature of Judicial Officer    Date